**2004–1888.   State v. Glass.**
Cuyahoga App. No. 84035, 2004-Ohio-4912. Discretionary appeal accepted; cause held for the decisions in 2004–1771, *State v. Quinones*, Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004-Ohio-1568, *State v. Foster*, Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule stayed.

**2004–1911.   Clark v. Bd. of Commrs., Greene Cty. Combined Health Dist.**
Greene App. No. 04CA0027, 158 Ohio App.3d 492, 2004-Ohio-5276, 817 N.E.2d 113.

**2004–1923.   Bakies v. Perrysburg.**
Wood App. Nos. WD–03–055 and WD–03–062, 2004-Ohio-5231.

RESNICK and O'CONNOR, JJ., dissent.

LANZINGER, J., not participating.